

**Thomas G. Bruton**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

November 23, 2015

Ruby J. Krajick
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

RE: Vasto et al v. Credico (USA) LLC et al

Case No: 15cv6503

Dear Clerk:

Pursuant to the order entered by Honorable Milton I. Shadur, on 11/09/2015, the above record

- ■ was electronically transmitted to: Southern District of New York.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ C. Chambers
      Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:    Non-ECF Attorneys and Pro se Parties